# EXHIBIT A



# The Law Office of
# Jonathan Rudnick, LLC

www.consumer-attorney.com

Jonathan Rudnick, Esq.
jonr@jonrudlaw.com
Fax: 732-879-0213

788 Shrewsbury Avenue
Building 2, Suite 204
Tinton Falls, New Jersey 07724

732.842.2070
Secondary Fax: 732.530.7547

August 23, 2017

RECEIVED
SEP 1 1 2017
TFS LEGAL DEPT.
CSCC #4

AUG 2 9 2017

**VIA CERTIFIED MAIL, R.R.R. AND REGULAR MAIL**
TOYOTA FINANCIAL SERVICE
P. O. BOX 9490
CEDAR RAPIDS, IA  52409-9490

Re:   Boyle, et al., vs. Toyota Financial Services, et al.
      Docket No.  UNN-L-2652-17
      Our File No.  14207

Dear Sir/Madam:

   Enclosed herewith please find an original and one copy of a Summons, Complaint, Interrogatories, Demand for Documents and Request for Admissions regarding the above matter.  Upon reading the Summons, you will note that you have thirty-five (35) days within which to file an Answer to the charges made in the Complaint.

   Service is being made upon you through the mail under the authority of R: 4:4-4 of the Rules Governing the Courts of the State of New Jersey.

   Thank you for your anticipated cooperation in this matter.

Very truly yours,

JONATHAN RUDNICK

JR:mcl
Encs.
Certified Mail No.  9590 9402 1474 5329 6461 01, R.R.R.

RECEIVED
SEP 0 6 2017
Initial:

**Personal Injury**     **Consumer Law**     **Employment Law**

LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVENUE
BLDG. 2, SUITE 204
TINTON FALLS, NJ 07724
(732) 842-2070
ATTORNEYS FOR PLAINTIFF
OUR FILE NO. 14207

| | |
|---|---|
| CHRISTINE A. BOYLE, ET AL., <br><br> Plaintiffs, <br><br> Vs. <br><br> TOYOTA FINANCIAL SERVICE, ET AL., <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION:UNION COUNTY <br><br> DOCKET NO. UNN-L-2652-17 <br><br> CIVIL ACTION <br><br> SUMMONS |

From The State of New Jersey

To the Defendant(s) Named Above:  **TOYOTA FINANCIAL SERVICE**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the County Deputy Clerk of the Superior Court in the county listed above within thirty-five (35) days from the date you received this Summons, not counting the date you received it. (The address of each County Deputy Clerk of the Superior Court is provided.) A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Monmouth County Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed.

You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

*Michelle M. Smith/s*
MICHELLE SMITH, Acting Clerk
Superior Court

DATED: August 23, 2017

NAME(S) and ADDRESS(ES) OF DEFENDANT(S) TO BE SERVED:

**TOYOTA FINANCIAL SERVICE**
**P.O. Box 9490**
**Cedar Rapids, IA 52409-9490**

| ATLANTIC COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division, Direct Filing<br>Atlantic County Civil Court Bldg.<br>First Floor<br>1201 Bacharach Boulevard<br>Atlantic City, NJ 08401<br>(609) 345-6700<br>LAWYER REFERRAL<br>(609) 345-3444<br>LEGAL SERVICES<br>(609) 348-4200 | CUMBERLAND COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Cumberland County Courthouse<br>Broad & Fayette Streets<br>P.O. Box 615<br>Bridgeton, NJ 08302<br>(856) 451-8000<br>LAWYER REFERRAL<br>(856) 692-6207<br>LEGAL SERVICES<br>(856) 451-0003 | MERCER COUNTY:<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 South Broad St., P.O. Box 8068<br>Trenton, NJ 08650<br>(609) 278-7986<br>LAWYER REFERRAL<br>(609) 585-6200<br>LEGAL SERVICES<br>(609) 695-6249 | SALEM COUNTY:<br>Deputy Clerk of the Superior Court<br>Salem County Courthouse<br>92 Market Street<br>P.O. Box 18<br>Salem, NJ 08079<br>(856) 935-7510<br>LAWYER REFERRAL<br>(856) 935-5628<br>LEGAL SERVICES<br>(856) 451-0003 |
|---|---|---|---|
| BERGEN COUNTY:<br>Deputy Clerk of the Superior Court<br>Case Processing Section, Room 119<br>Bergen County Justice Center<br>10 Main Street<br>Hackensack, NJ 07601-0769<br>(201) 646-2800<br>LAWYER REFERRAL<br>(201) 488-0044<br>LEGAL SERVICES<br>(201) 487-2166 | ESSEX COUNTY:<br>Deputy Clerk of the Superior Court<br>50 West Market Street, Room 131<br>Newark, NJ 07102<br>(973) 693-5700<br>LAWYER REFERRAL<br>(973) 622-6207<br>LEGAL SERVICES<br>(973) 624-4500 | MIDDLESEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Middlesex Administration Building,<br>3rd Floor<br>1 Kennedy Square, P.O. Box 2633<br>New Brunswick, NJ 08903-2633<br>(732) 981-3200<br>LAWYER REFERRAL<br>(732) 828-0053<br>LEGAL SERVICES<br>(732) 249-7600 | SOMERSET COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>New Courthouse, 3rd Floor<br>P.O. Box 3000<br>Somerville, NJ 08876<br>(908) 231-7000<br>LAWYER REFERRAL<br>(908) 685-2323<br>LEGAL SERVICES<br>(908) 231-0840 |
| BURLINGTON COUNTY:<br>Deputy Clerk of the Superior Court<br>Central Processing Office<br>Attn: Judicial Intake<br>Burlington County Court Facility,<br>First Floor<br>49 Rancocas Road<br>Mount Holly, NJ 08060<br>(609) 518-2500<br>LAWYER REFERRAL<br>(609) 261-4862<br>LEGAL SERVICES<br>(609) 261-1088 | GLOUCESTER COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Floor, Court House<br>1 North Broad Street, P.O. Box 129<br>Woodbury, NJ 08096<br>(856) 853-3200<br>LAWYER REFERRAL<br>(856) 848-4589<br>LEGAL SERVICES<br>(856) 848-5360 | MONMOUTH COUNTY:<br>Deputy Clerk of the Superior Court<br>Monmouth County Courthouse<br>71 Monument Park<br>P.O. Box 1260<br>Freehold, NJ 07728-1260<br>(732) 677-4210<br>LAWYER REFERRAL<br>(732) 431-5544<br>LEGAL SERVICES<br>(732) 866-0020 | SUSSEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Sussex County Judicial Center<br>43-47 High Street<br>Newton, NJ 07860<br>(973) 579-0675<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 383-7400 |
| CAMDEN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Processing Office<br>First Floor, Hall of Records<br>101 South Fifth Street<br>Camden, NJ 08103<br>(856) 225-5000<br>LAWYER REFERRAL<br>(856) 964-4520<br>LEGAL SERVICES<br>(856) 964-2010 | HUDSON COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Records Dept.<br>Brennan Courthouse, First Floor<br>583 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 795-6000<br>LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 | MORRIS COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>30 Schuyler Place, P.O. Box 910<br>Morristown, NJ 07960-0910<br>(973) 656-4110<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 285-6911 | UNION COUNTY:<br>Deputy Clerk of the Superior Court<br>Union County Courthouse<br>2 Broad Street, First Floor<br>Elizabeth, NJ 07207-6073<br>(908) 659-4100<br>LAWYER REFERRAL<br>(908) 353-4715<br>LEGAL SERVICES<br>(908) 354-4340 |
| CAPE MAY COUNTY:<br>Deputy Clerk of the Superior Court<br>Cape May County Courthouse<br>9 North Main Street<br>Box DN-209<br>Cape May Court House, NJ 08210<br>(609) 465-1000<br>LAWYER REFERRAL<br>(609) 463-0313<br>LEGAL SERVICES<br>(609) 465-3001 | HUNTERDON COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822<br>(908) 788-1589<br>LAWYER REFERRAL<br>(908) 735-2611<br>LEGAL SERVICES<br>(908) 782-7979 | OCEAN COUNTY:<br>Deputy Clerk of the Superior Court<br>Courthouse, Room 119<br>118 Washington Street<br>Toms River, NJ 08754<br>(732) 244-2121<br>LAWYER REFERRAL<br>(732) 240-3666<br>LEGAL SERVICES<br>(732) 341-2727 | WARREN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>Warren County Courthouse<br>413 Second Street<br>Belvidere, NJ 07823-1500<br>(908) 475-6161<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(908) 475-2010 |
| | | PASSAIC COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>Passaic County Court House<br>77 Hamilton Street<br>Paterson, NJ 07505<br>(973) 247-8000<br>LAWYER REFERRAL<br>(973) 278-9223<br>LEGAL SERVICES<br>(973) 345-7171 | |

31 - Summons - Law or Chancery Divisions
Superior Court - Appendix XII-A
Rev. 9/3/02   P1/04

Powered by HotDocs®

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2

LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVENUE
BUILDING 2, SUITE 204
TINTON FALLS, N.J. 07724
732-842-2070
FAX: 732-879-0213
ATTORNEYS FOR PLAINTIFF
OUR FILE NO. 14207
ATTORNEY ID NO. 034721990

RECEIVED / FILED
Superior Court of New Jersey

JUL 18 2017

CIVIL ASSIGNMENT
UNION COUNTY

| | |
|---|---|
| CHRISTINE A. BOYLE, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED<br>Plaintiff,<br><br>Vs.<br><br>TOYOTA FINANCIAL SERVICE, ICU RECOVERY LLC, SERGIO AGOSTHINO, JOHN DOES 1-10, ICU RECOVERY AND TRANSPORTATION INC, ICU RECOVERY LLC.<br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br>DOCKET NO. UNN L 2652-17<br>CIVIL ACTION<br><br>CLASS ACTION COMPLAINT AND JURY DEMAND, DEMAND FOR INJUNCTIVE RELIEF |

The plaintiff residing in New Jersey by way of complaint against the defendants states as follows:

## COUNT I

1. On or about October 2013 the defendant, Toyota Financial Services Inc., hereinafter TFS was a corporation licensed to do business in the state of New Jersey and charged with providing financing for the plaintiff and members of the public in general.

2. On or about October 2013 the plaintiff entered multiple transactions for the lease of two Toyota vehicles, a Tacoma and a Corolla, at a AutoLand.

THE LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVE., SUITE 204
TINTON FALLS, NJ 07724

3. The plaintiff signed the requisite agreements obligating the defendant finance company with regard to repossession laws in the state of New Jersey implemented by the Uniform Commercial Code and the CFA

4. On or about October 2016 the plaintiff signed a lease extension on the two separate vehicles constituting a five-month extension of the lease. (until March 2017)

5. The plaintiff made the required lease extension payments on both vehicles.

6. On or about January 2017 when the leases were not in default the defendant repossessed the subject automobile, the Tacoma.

7. The defendant failed to provide the plaintiff with the appropriate lease reinstatement notice prior to repossessing the automobile in violation of the New Jersey Consumer Fraud Act. NJSA 56:12-65.

8. The defendant also failed to comply with Uniform Commercial Code because of the repossession was without right because the defendant failed to send a reinstatement notice as required under New Jersey law. Without such reinstatement notice the defendants were without appropriate basis to repossess the automobile. NJSA 56:12-65.

9. After the vehicle was sold the defendants failed to provide the plaintiff with an accounting of the transaction as required under the Uniform Commercial Code.

10. The subject vehicle was repossessed by ICU Recovery and Transportation Inc and/or ICU Recovery LLC.

THE LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVE, SUITE 204
TINTON FALLS, NJ 07724

11. John Doe and Sergio Agosthino were the owner(s) and operator(s) of the aforementioned businesses and personally in charge of operations and policies and procedures

12. These entities were corporations licensed to do business in the state of New Jersey and acting as an agent servant and/or employee of the codefendant TFS.

13. The agents of TFS required the plaintiff to pay an access fee to access personal goods which were in the vehicle in violation of New Jersey law and otherwise a deceptive practice. Jefferson Loan Co. v. Session, 397 N.J. Super. 520 (App. Div. 2008)

14. The plaintiff is entitled to obtain his items out of the automobile that having to pay an access fee.

15. The implementation of an access fee by the agent servant and/or employee of TFS constituted a deceptive business practice and/or improper repossession in violation of New Jersey law.

16. The plaintiff asserts that their statutory damages as contemplated under the Uniform Commercial Code, as such the amount of damages to each plaintiff are identical, in addition to the these paid by the plaintiff in class members are identical class member.

17. The plaintiff asserts that the defendant TFS deprived the plaintiff and members of the public who financed the vehicles with TFS access to the vehicle without having to pay an access fee

THE LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVE, SUITE 204
TINTON FALLS, NJ 07724

WHEREFORE, the plaintiff demands judgment against the defendants jointly and severally together with interest and costs of the suit and punitive damages and attorney fees

## COUNT II

## CLASS ACTION TFS IMPROPER ACCESS FEES

18.   Plaintiff included by reference the facts as set forth above as part of the allegations. Plaintiffs assert that the defendants have violated the NJ Consumer Fraud Act and The Uniform Commercial Code for charging access fees for consumers to access their vehicles and good that have been repossessed.

CLASS DEFINITION (CLASS 1): All Consumers who had a vehicle financed with TFS, the vehicle having been repossessed and the consumer been charged an access fee to access their vehicle and goods

19.   TIME PERIOD: At a minimum from the date of the transaction to the same date 6 years. However, the defendant dealer has been concealing certain information and as such the class period could be greater.

20.   NUMERICITY: The members of the proposed class, being geographically disbursed and numbering in hundreds or thousands are so numerous that joining all of them is impracticable.

21.   TYPICALITY: Plaintiffs' claims are typical of class members claims, as the individual plaintiff purchased a vehicle from the defendant. The plaintiff, by proving her claim, will be able to presumptively prove the claims of all class members.

22.   ADEQUACY OF REPRESENTATION: Plaintiffs' can and will adequately represent and protect the class interest of the class and has no interest that conflicts with

THE LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVE., SUITE 204
TINTON FALLS, NJ 07724

or are antagonistic to the interest of the class members. Plaintiffs have retained attorneys who are compete and experienced in consumer fraud and class action litigation. No conflict exists between plaintiffs and the other class members because:

A. The claims of the named plaintiffs are typical of the absent class members claims;

B. Any claims which plaintiffs assert against the defendant are solely related to the individual transaction as hereinafter alleged can be resolved without any prejudice to the class members. Such claims can be effectively severed, tried separately or otherwise effectively and efficiently case managed by the trial court. Such separate claims are set forth-in previous counts of the complaint listed hereto.

C. All questions of law or fact regarding the liability of the defendant are common to the class and are overwhelmingly predominant over any individual issues, which may exist.

D. Without class representation provided by plaintiffs virtually no class members would receive legal representation or redress for their injuries.

E. Plaintiff's counsel has the necessary financial resources to adequately and vigorously litigate this class action.

F. Plaintiffs and class counsel are aware of the fiduciary responsibilities to class members and determined diligently to discharge those duties by vigorously seeking the maximum possible class recovery.

6. **QUESTIONS OF LAW AND FACT:** Virtually all the issues of law and fact in this class action are common issues to the class that include the following:

**COMMON QUESTIONS OF LAW AND FACT**

(1) Which entities repossessed subject class vehicles

(2) Does Consumer Fraud Act apply to these transactions and repossessions?

(3) Were access fees charged to consumers?

(4) Where were the cars located?

THE LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVE, SUITE 204
TINTON FALLS, NJ 07724

 (5) How much was charged to access the goods/vehicle?

 (6) Who were the repossession agents?

23. SUPERIORITY: Class action is superior to any other available method for fair and efficient adjudication of this controversy given;

 A. Questions of Law and Fact overwhelmingly predominate over any individual questions that may arise, resulting in enormous economies to the Court and parties in litigating the common issues on a class wide instead of a repetitive individual basis.

 B. The relative small size of each class members individual damage claim which is to small to make an individual litigation an economically viable alternative such that a practicable matter there is no alternative means of adjudication in the class action;

 C. Few class members have any interest in individually controlling the prosecution of separate actions;

 D. Despite the relatively small size of individual class member claims, their aggregate volume coupled with economies of scale inherent in litigating similar claims on a common basis will enable this class action to be litigated on a cost-effective basis, especially compared with repetitive individual litigation;

 E. No unusual difficulties are likely to be encountered in management of the class action.

WHEREFORE, the plaintiffs demand against the defendant together with interest and costs of the suit with punitive damages and injective and declaratory relief.

### JURY DEMAND

Plaintiff hereby demands a trial by a jury of six (6) jurors as to all issues raised in these pleadings.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R. 4:25-4, the Court is advised that JONATHAN RUDNICK, ESQ., is hereby designated trial counsel.

THE LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVE., SUITE 204
TINTON FALLS, NJ 07724

## CERTIFICATION

I hereby certify that, pursuant to R. 4:5-1(b)(2), this matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration, nor is any action or arbitration proceeding contemplated.

                                      LAW OFFICE OF JONATHAN RUDNICK LLC
                                      Attorneys for Plaintiff

                                      BY: _____
                                                 JONATHAN RUDNICK, ESQ.

Dated: July 5, 2017

THE LAW OFFICE OF JONATHAN RUDNICK LLC
788 SHREWSBURY AVE., SUITE 204
TINTON FALLS, NJ 07724