# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

April 20, 2018

## LETTER ORDER

Re:  *Boyle v. Toyota Financial Services, et al.*
**Civil Action No. 17-10730 (ES) (SCM)**

Dear Parties:

On November 11, 2017, Plaintiff Christine A. Boyle moved to remand this action to the Superior Court of New Jersey, Union County. (D.E. No. 5). On March 29, 2018, the Honorable Steven C. Mannion, U.S.M.J., issued a Report and Recommendation that the undersigned deny Plaintiff's motion to remand. (D.E. No. 21). The parties had fourteen days to file and serve any objections to Magistrate Judge Mannion's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed the parties' submissions and Magistrate Judge Mannion's Report and Recommendation, and for the reasons stated therein,

IT IS on this 20th day of April 2018,

**ORDERED** that this Court ADOPTS Magistrate Judge Mannion's Report and Recommendation in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand is DENIED; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry numbers 5 and 21.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**