**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING**<br>**COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2037**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

April 30, 2018

**LETTER ORDER**

**Re:**   *Boyle v. Toyota Financial Services, et al.*
         **Civil Action No. 17-10730 (ES) (SCM)**

Dear Counsel:

   Pending before the Court is Defendant Toyota Motor Credit Corporation's ("Defendant") motion to (i) dismiss Plaintiff Christine A. Boyle's ("Plaintiff") class action claims; (ii) compel arbitration of Plaintiff's individual claims; and (iii) stay this litigation pending the outcome of arbitration. (D.E. No. 6). On April 29, 2018, Plaintiff submitted a letter stating that Plaintiff "no longer opposes the motion to compel arbitration and thus withdraws all opposition to [Defendant's] motion to compel arbitration." (D.E. No. 24). Plaintiff requests that the Court "enter an order dismissing the case and requiring arbitration pursuant to the arbitration agreement." (*Id.*). Accordingly,

   IT IS on this 30th day of April 2018,

   **ORDERED** that Defendant's unopposed motion is GRANTED; and it is further

   **ORDERED** that Plaintiff's claims in this action shall be referred to arbitration for proceedings consistent with the parties' arbitration agreement; and it is further

   **ORDERED** that the Clerk of Court shall mark this matter CLOSED.

                                          *s/Esther Salas*
                                          **Esther Salas, U.S.D.J.**